```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 08894
   SHERRI WILLIAMS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9153

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/25/2006 and was confirmed 09/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         3660.00           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY             .00            .00            .00
TIMOTHY K LIOU             DEBTOR ATTY     2,759.20                       1,357.05
TOM VAUGHN                 TRUSTEE                                           87.30
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          1,444.35

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                     1,357.05
TRUSTEE COMPENSATION                                  87.30
DEBTOR REFUND                                           .00
                                 ---------------    ---------------
TOTALS                           1,444.35           1,444.35
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/27/08            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE